MARY COUGHLIN, an Infant, by JOHN COUGHLIN, Her Guardian ad Litem, and JOHN COUGHLIN, Respondents, *v.* WILLIAM J. JONES, Appellant.*

Supreme Court, Appellate Term, First Department, November 8, 1937.

*Joseph S. Robinson*, for the appellant.

*Samuel Justin Jackman*, for the respondents.

*Revg. 162 Misc. 843.

PER CURIAM. The fact that the landlord permitted or invited the children of his tenants to use the yard as a playground did not by implication authorize his tenants or their children to invite strangers to make a similar use of the yard. Plaintiff was at best a mere licensee to whom the landlord was not liable for defects in the premises.

Judgment reversed, with costs, and complaint dismissed on the merits, with costs.

All concur. Present — LYDON, LEVY and HAMMER, JJ.